**UNITED STATES of America**

v.

**Gregory WOODS, Appellant.**

**No. 09–4592.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit LAR 34.1(a) Nov. 17, 2010.

Opinion filed: Nov. 22, 2010.

John C. Gurganus, Jr., Esq., Robert O'Hara, Esq., Office of United States Attorney, Scranton, PA, for United States of America.

Carl J. Poveromo, Esq., Rinaldi & Poveromo, Scranton, PA, for Appellant.

Before: AMBRO, FISHER, and GREENBERG, Circuit Judges.

OPINION

AMBRO, Circuit Judge.

Gregory Woods, who pled guilty to one count of a multi-count drug-related indictment pursuant to a plea agreement, now seeks to withdraw that plea. He claims the drugs involved belonged to another, and produced an affidavit of his alleged co-conspirator to support that claim.

The District Court, per Judge Caputo, dealt thoroughly with Woods' claims, so much so that we have nothing to add to the Court's analysis, and thus affirm.